

Ralph C. Dell (Court-appointed), Allen, Dell, Frank & Trinkle, Tampa, Fla., for defendant-appellant.

John L. Briggs, U. S. Atty., Hugh N. Smith, Asst. U. S. Atty., Tampa, Fla., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and PHILLIPS * and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

R. A. Wilson, Underwood, Wilson, Sutton, Heare & Berry, Amarillo, Tex., for plaintiff-appellant.

Wayne P. Sturdivant, Gibson, Ochsner, Adkins, Harlan & Hankins, Amarillo, Tex., for defendant-appellee.

Before GOLDBERG and DYER, Circuit Judges, and GROOMS, District Judge.

PER CURIAM:

Affirmed. See Local Rule 21.[2]

**John C. CHAMBERS, Receiver, Americana Crop Hail Pool, Inc., Plaintiff-Appellant,**

**v.**

**MARYLAND CASUALTY COMPANY, Defendant-Appellee.**

**No. 30093.**

United States Court of Appeals, Fifth Circuit.

March 9, 1971.

**Kenneth Morton GUTNICK, Petitioner,**

**v.**

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 28932**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Dec. 16, 1970.

* Of the Tenth Circuit, sitting by designation.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

3. Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.